# Court of Appeals
# of the State of Georgia

ATLANTA,  February 08, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0773. HORACE MARSH v. THE STATE.**

Horace Marsh was convicted of aggravated assault and other crimes, and he was sentenced to serve 25 years. Marsh filed a "motion to reduce/modify sentence," which the trial court denied on October 21, 2022. Marsh filed his notice of appeal on December 14, 2022. We lack jurisdiction.

Pretermitting whether Marsh is entitled to a direct appeal of the trial court's order, Marsh's appeal is untimely. A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). "[T]he proper and timely filing of the notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015) (citation, punctuation, and emphasis omitted). Here, the record shows that Marsh filed his notice of appeal 54 days after the trial court entered its order, making it untimely. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  02/08/2023*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*